## Sophie Marnik et al., Appellants, v. Northwestern Packing Company et al., Appellees.

### Gen. No. 44,520.

opinion filed November 1, 1948; rehearing denied November 15, 1948; released for publication November 16, 1948. Henry S. Blum and Edward M. Keating, for appellants; Immenhausen, Banovitz & Balin and Wilson & McIlvaine, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.

